FILED
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 08 80235 MISC VRW

**ORDER TO SHOW CAUSE**

Edward Patrick Kelly - #53878

_____/

It appearing that Edward Patrick Kelly has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective September 23, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Edward Patrick Kelly
Attorney at Law
321 10th Ave., Unit 402
San Diego, CA 92101