FILED

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:               No CV-08-80235 MISC VRW

Edward Patrick Kelly,
                                ORDER
    State Bar No 53878
_____/

    On November 24, 20008, the court issued an order to show cause (OSC) why Edward Patrick Kelly should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Business and Professions Code Section 6007 as inactive, effective September 26, 2008.

    The OSC was mailed to Mr Kelly's address of record with the State Bar. Mr Kelly has filed no response to the OSC.

    The court now orders Edward Patrick Kelly removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Edward Patrick Kelly,

_____/

Case Number: C 08-80235   MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Patrick Kelly
321 10th Avenue, Unit 402
San Diego, CA 92101

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*